UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER<br>111 East 210th Street<br>The Bronx, NY 10467-2490<br><br>　　　　　Plaintiff,<br>v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>U.S. DEPARTMENT OF HEALTH AND<br>　HUMAN SERVICES<br>200 Independence Avenue, S.W.<br>Washington, DC 20201<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:06-CV-01636<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT REGARDING PROOF OF SERVICE**

Dennis M. Barry, being duly sworn, hereby states as follows:

　　1.　　I am over twenty-one years of age and am competent to execute this affidavit. I am a resident of the District of Columbia.

　　2.　　I am an attorney employed by the law firm of Vinson & Elkins L.L.P., located at 1455 Pennsylvania Avenue, N.W., Washington, D.C. 20004-1008.

　　3.　　On September 22, 2006, I sent, by certified mail, return receipt requested (Receipt No. 7004 1350 0003 0406 8533) copies of the Summons, Complaint, Initial Electronic Case Filing Order, and Civil Cover Sheet in the above-captioned case to:

> The Honorable Michael Leavitt, Secretary
> Department of Health and Human Services
> 200 Independence Avenue, S.W.
> Washington, DC 20201

　　4.　　On September 22, 2006, I sent, by certified mail, return receipt requested (Receipt No. 7004 1350 0003 0406 8557) copies of the Summons, Complaint, Initial Electronic Case Filing Order, and Civil Cover Sheet in the above-captioned case to:

> Civil Process Clerk
> U.S. Attorney for the District of Columbia
> 555 Fourth St., N.W.
> Washington, D.C. 20530

5.  On September 22, 2006, I sent, by certified mail, return receipt requested (Receipt No. 7004 1350 0003 0406 8540) copies of the Summons, Complaint, Initial Electronic Case Filing Order, and Civil Cover Sheet in the above-captioned case to:

> The Honorable Alberto Gonzalez
> U.S. Attorney General
> Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530

6.  Return receipts were returned to me on or about October 2, 2006 for the documents sent to Secretary Leavitt; on or about October 3, 2006 for the documents sent to the Civil Process Clerk; and on or about October 4, 2006 for the documents sent to the Attorney General of the United States. Copies of these return receipts and the corresponding certified mail receipts are annexed hereto as Exhibit A.

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit Regarding Proof of Service is true and correct to the best of my knowledge.

Further this affidavit sayeth not.

Executed on this 12th day of October, 2006.

> _____
> Dennis M. Barry
> DC Bar No. 375152
> Vinson & Elkins L.L.P.
> 1455 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004-1008
> 202.639.6791

In the District of Columbia

SUBSCRIBED AND SWORN BEFORE ME this 12th day of October, 2006 at Washington, District of Columbia, to certify which witness my hand and official seal:

_____
Name:

Notary Public in and for the District of Columbia
My commission expires: 1/14/2007
DC 625605v1

KATHRYN J. MEREIGH
My Commission Expires January 14, 2007

# EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 2.31 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.56 |

D.M. Barry

Postmark: NATIONAL CAPITAL STATION, SEP 22 2006, WASHINGTON, DC 20013

Sent To: Michael Leavitt, Dept. of HHS
Street, Apt. No. or PO Box No.: 200 Independence Ave., SW
City, State, ZIP+4: Washington, DC 20201

PS Form 3800, June 2002    See Reverse for Instructions

Article Number: 7004 1350 0003 0406 8533

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael O. Leavitt, Secretary
   Department of Health and
     Human Services
   200 Independence Ave., SW
   Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): LAWRENCE
C. Date of Delivery: 9-27-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0003 0406 8533

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark: NATIONAL CAPITAL STATION, SEP 22 2006, WASHINGTON DC 20013

D.M. Berry

Article Number: 7004 1350 0003 0406 8557

Sent To: Civil Process Clerk, U.S.Attys.Off.
Street, Apt. No.; or PO Box No.: 555 Fourth Street, NW
City, State, ZIP+4: Washington, DC 20001

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   United States Attorney
      for the District of Columbia
   555 Fourth Street, NW
   Washington, DC   20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_       ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name): OCT 0 2 2006
C. Date of Delivery:

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7004 1350 0003 0406 8557
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

D.M. Barry
Postmark
SEP 22 2006
NATIONAL CAPITAL STATION
WASHINGTON, DC 20013

Sent To: Alberto Gonzalez, Dept. of Justice
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, DC  20530

PS Form 3800, June 2002      See Reverse for Instructions

7004 1350 0003 0406 8540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzalez
   Attorney General of the
     United States
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Washington, DC  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 SEP 2 7 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):  7004 1350 0003 0406 8540

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540