UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER )<br>111 East 210th Street )<br>The Bronx, NY 10467-2490 )<br>  )<br>  Plaintiff, )<br>v. )<br>  )<br>MICHAEL O. LEAVITT, Secretary, )<br>U.S. DEPARTMENT OF HEALTH AND )<br>  HUMAN SERVICES )<br>200 Independence Avenue, S.W. )<br>Washington, DC 20201 )<br>  )<br>  Defendant. )<br>_____ ) | Case No. 1:06-CV-01636 |

## AFFIDAVIT REGARDING PROOF OF SERVICE

Dennis M. Barry, being duly sworn, hereby states as follows:

1. I am over twenty-one years of age and am competent to execute this affidavit. I am a resident of the District of Columbia.

2. I am an attorney employed by the law firm of Vinson & Elkins L.L.P., located at 1455 Pennsylvania Avenue, N.W., Washington, D.C. 20004-1008.

3. On September 22, 2006, I sent, by certified mail, return receipt requested (Receipt No. 7004 1350 0003 0406 8533) copies of the Summons, Complaint, Initial Electronic Case Filing Order, and Civil Cover Sheet in the above-captioned case to:

> The Honorable Michael Leavitt, Secretary
> Department of Health and Human Services
> 200 Independence Avenue, S.W.
> Washington, DC 20201

4. On September 22, 2006, I sent, by certified mail, return receipt requested (Receipt No. 7004 1350 0003 0406 8557) copies of the Summons, Complaint, Initial Electronic Case Filing Order, and Civil Cover Sheet in the above-captioned case to:

> Civil Process Clerk
> U.S. Attorney for the District of Columbia
> 555 Fourth St., N.W.
> Washington, D.C. 20530

5.    On September 22, 2006, I sent, by certified mail, return receipt requested (Receipt No. 7004 1350 0003 0406 8540) copies of the Summons, Complaint, Initial Electronic Case Filing Order, and Civil Cover Sheet in the above-captioned case to:

The Honorable Alberto Gonzalez
U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

6.    Return receipts were returned to me on or about October 2, 2006 for the documents sent to Secretary Leavitt; on or about October 3, 2006 for the documents sent to the Civil Process Clerk; and on or about October 4, 2006 for the documents sent to the Attorney General of the United States. Copies of these return receipts and the corresponding certified mail receipts are annexed hereto as Exhibit A.

7.    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit Regarding Proof of Service is true and correct to the best of my knowledge.

Further this affidavit sayeth not.

Executed on this 12th day of October, 2006.

Dennis M. Barry
DC Bar No. 375152
Vinson & Elkins L.L.P.
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
202.639.6791

In the District of Columbia

SUBSCRIBED AND SWORN BEFORE ME this 12th day of October, 2006 at Washington, District of Columbia, to certify which witness my hand and official seal:

Name: Kathryn J. Mereigh

Notary Public in and for the District of Columbia
My commission expires: 1/14/2007
DC 625605v1

KATHRYN J. MEREIGH
My Commission Expires January 14, 2007