# EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ 2.31 | D.M. Barry |
| Certified Fee | 2.40 | |
| Return Reciept Fee (Endorsement Required) | 1.85 | Postmark Here — NATIONAL CAPITAL STATION SEP 22 2006 WASHINGTON, DC 20013 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.56 | |

Sent To: Michael Leavitt, Dept. of HHS
Street, Apt. No.; or PO Box No. 200 Independence Ave., SW
City, State, ZIP+4 Washington, DC 20201

7004 1350 0003 0406 8533

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael O. Leavitt, Secretary
   Department of Health and
     Human Services
   200 Independence Ave., SW
   Washington, DC  20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): LAWRENCE
C. Date of Delivery: 9-27-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7004 1350 0003 0406 8533

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

D.M. Barry

Postmark Here

NATIONAL CAPITAL STATION
SEP 22 2006
WASHINGTON, DC 20013

Sent To: Alberto Gonzalez, Dept. of Justice
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave., NW
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, June 2002          See Reverse for Instructions

7004 1350 0003 0406 8540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzalez
   Attorney General of the
     United States
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Washington, DC  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  SEP 2 7 200_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 1350 0003 0406 8540

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540