# EXHIBIT A

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

D.M. Berry

Postmark — NATIONAL CAPITAL STATION, SEP 22 2006, WASHINGTON DC 20013

Sent To: Civil Process Clerk, U.S.Attys.Off.
Street, Apt. No.; or PO Box No.: 555 Fourth Street, NW
City, State, ZIP+4: Washington, DC 20001

PS Form 3800, June 2002          See Reverse for Instructions

7004 1350 0003 0406 8557

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
United States Attorney
   for the District of Columbia
555 Fourth Street, NW
Washington, DC  20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name):    C. Date of Delivery: OCT 0 2 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0003 0406 8557

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540