# EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 2.31 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.56 |

D.M. Barry

NATIONAL CAPITAL STATION
SEP 22 2006
WASHINGTON, DC 20013

Sent To Michael Leavitt, Dept. of HHS
Street, Apt. No.; or PO Box No. 200 Independence Ave., SW
City, State, ZIP+4 Washington, DC  20201

7004 1350 0003 0406 8533

PS Form 3800, June 2002        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael O. Leavitt, Secretary
Department of Health and
  Human Services
200 Independence Ave., SW
Washington, DC  20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
LAWRENC                            9-27-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)      7004 1350 0003 0406 8533

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

D.M. Barry

NATIONAL CAPITAL STATION
Postmark Here
SEP 22 2006
WASHINGTON, DC 20013

Sent To
Alberto Gonzalez, Dept. of Justice
Street, Apt. No.; or PO Box No.
950 Pennsylvania Ave., NW
City, State, ZIP+4
Washington, DC 20530

7004 1350 0003 0406 8540

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzalez
Attorney General of the
  United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
SEP 2 7 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
*(Transfer from service label)*    7004 1350 0003 0406 8540

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540