# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civ. Action No. 06-1636 (RMU) |
| ) | ECF |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
|     Defendant. ) | |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

          Respectfully submitted,

          /s/

          MEGAN L. ROSE, NC Bar # 28639
          Assistant United States Attorney
          Judiciary Center Building
          555 Fourth Street, N.W.
          Washington, D.C. 20530
          (202) 514-7220
          (202) 514-8780 (fax)
          Megan.Rose@usdoj.gov