UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER )<br>)<br>)<br>        Plaintiff, )<br>)<br>  v.                              )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>of Health and Human Services, )<br>)<br>        Defendant. )<br>_____) | Case No.1:06CV01636 |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 60 days, up to and including January 30, 2007, within which to respond to Plaintiff's Complaint. Although the Court's ECF system indicates that the deadline for responding to Plaintiff's complaint is December 1, 2006, to this date, the records of the U.S. Attorney's Office do not indicate that service has been perfected pursuant to Fed. R. Civ. P. 4. Therefore, Defendant files this motion out of an abundance of caution.[1] Pursuant to Local Civil Rule 7(m), on November 27, 2006, Defendant's counsel conferred with counsel for Plaintiff, who stated that Plaintiff consents to the requested relief.

In support of this Motion, Defendant states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary denying

---

[1] The filing of the instant motion for enlargement of time does not constitute the waiver of any applicable defenses, including, but not limited to, any defenses pursuant to Rule 12(b)(5).

Plaintiff's request for certain Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. According to the Court's ECF system, the Secretary's response to Plaintiff's Complaint is currently due December 1, 2006. Fed. R. Civ. P. 12(a)(3). However, because to this date, the records of the U.S. Attorney's Office do not indicate that service has been perfected pursuant to Fed. R. Civ. P. 4, the undersigned was not made aware of this case until recently.

4. Counsel for Defendant has not yet received a copy of the administrative record and will need additional time to adequately review the record and consult with the client before an appropriate response to Plaintiff's Complaint can be submitted.

5. In order to allow sufficient time for preparation of an appropriate response to Plaintiff's Complaint, the Secretary respectfully requests an enlargement of time of 60 days, up to and including January 30, 2007, within which to respond to the Complaint.

6. This is the first enlargement of time sought by either party in this case. If granted, this enlargement will not impact any other deadlines in this case since no scheduling order has yet been entered.

7. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

      /s/
_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220/FAX: (202) 514-8780


DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services