# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER )<br> )<br> )<br>   Plaintiff, )<br> )<br>   v. )<br> )<br>MICHAEL O. LEAVITT, Secretary )<br>of Health and Human Services, )<br> )<br>   Defendant. )<br>_____ ) | Case No.1:06CV01636 |

## ORDER

Upon consideration of Defendant's Consent Motion for Enlargement of Time, and the entire record herein, it is this _____ day of November, 2006,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before January 30, 2007.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE