UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>of Health and Human Services, )<br>)<br>Defendant. )<br>_____ ) | Case No.1:06CV01636 (RMU) |

**JOINT NOTICE AND MOTION TO SET BRIEFING SCHEDULE**

Counsel for Defendant Michael O. Leavitt, the Secretary of Health and Human Services, and Plaintiff Montefiore Medical Center have conferred and agree that, because this civil action is an action seeking review on an administrative record, the Duty to Confer, the initial disclosure requirement, and the obligation to have an initial scheduling conference do not arise. See Fed. R. Civ. P. 26(a)(E)(i), 26(f); LCvR 16.3(b)(1); 42 U.S.C. § 1395oo(f). The parties agree that there will be no discovery in this case.

Furthermore, the parties agree that this case should be disposed of on the basis of cross-motions for summary judgment. The parties respectfully submit the following proposed schedule for the submission of their respective briefs:

    May 18, 2007:    Plaintiff's Motion for Summary Judgment

    June 18, 2007:    Defendant's Opposition and Cross Motion

    July 2, 2007:    Plaintiff's Opposition and Reply

    July 16, 2007:    Defendant's Reply

A proposed order is attached.

Respectfully submitted,

_____/ s /_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

_____/ s /_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

DAVID L. HOSKINS
D.C. Bar No. 485500
U.S. Department of Health and Human
  Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
  Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 260-3860/FAX: (202) 401-1405

Counsel for the Secretary

_____/ s /_____
Dennis M. Barry
D.C. Bar No. 375152
Vinson & Elkins L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C.  20004-1008
202.639.6791/202.879.8891 (fax)

Counsel for the Plaintiff

DC 656737v.1

~ 2 ~