UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTEFIORE MEDICAL CENTER )
)
)
Plaintiff, )
)
v. ) Case No.1:06CV01636 (RMU)
)
MICHAEL O. LEAVITT, Secretary )
of Health and Human Services, )
)
Defendant. )
_____)

## JOINT PROPOSED BRIEFING SCHEDULE ORDER

This court having received the parties' joint notice and briefing schedule, the undersigned hereby ORDERS that the case be set on the following schedule for briefing on cross-motions for summary judgment.

| | |
|---|---|
| May 18, 2007 : | Plaintiff's Motion for Summary Judgment |
| June 18, 2007 : | Defendant's Opposition and Cross Motion |
| July 2, 2007 : | Plaintiff's Opposition and Reply |
| July 16, 2007 : | Defendant's Reply |

SO ORDERED, this the _____ day of March, 2007.

_____
The Honorable Ricardo M. Urbina
United States District Judge