UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTEFIORE MEDICAL CENTER** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MICHAEL O. LEAVITT, Secretary** )<br>**of Health and Human Services,** )<br>)<br>**Defendant.** )<br>_____) | Case No.1:06CV01636 (RMU) |

**JOINT MOTION FOR STAY**

Plaintiff Montefiore Medical Center and Defendant Michael O. Leavitt, Secretary, U.S. Department of Health and Human Services, respectfully move pursuant to Federal Rule of Civil Procedure 6(b)(1) for a four-month stay of proceedings in this case. In support of this Motion, the parties state as follows:

1.   Plaintiff Montefiore Medical Center seeks judicial review under the Social Security Act (42 U.S.C § 1395oo) of an administrative decision by Defendant Secretary relating to Medicare payment to Plaintiff;

2.   Pursuant to the briefing schedule established by the Court's order of March 7, 2007, Plaintiff's Motion for Summary Judgment is currently due by May 18, 2007. Defendant's Opposition and Cross-Motion is due by June 18, 2007. Plaintiff's Opposition and Reply is due by July 2, 2007. Defendant's Reply is due by July 16, 2007;

3. Counsel for the parties have conferred and have reason to believe that it will be possible to negotiate a settlement entirely resolving the matters at issue in this case; and

4. Both parties will need time to consult within their respective organizations, confirm data, and work together to come to a resolution, if possible. Although Plaintiff's counsel had hoped to submit a settlement proposal prior to the deadline for its motion for summary judgment, Plaintiff Hospital has been unable to gather sufficient information to make a full proposal due to the serious illness of a key employee at Plaintiff Hospital. That employee is currently undergoing treatment for lymphoma and working on a reduced schedule. Plaintiff Hospital is hopeful that it will be able to work toward gathering its data and submitting a proposal to Defendant in the next three weeks.

5. This motion is made for good cause and not for purposes of delay.

6. Pursuant to Local Rule 7(m), the parties have conferred regarding the substance of this Joint Motion. A proposed order is attached.

WHEREFORE, the parties jointly request that the Court:

1. Grant a stay in this case until September 18, 2007; and

2. In the event that the case has not been dismissed prior to that time due to settlement, order the parties to submit a joint status report on September 18, 2007, and in such report recommend to the Court whether extension of the stay is sought, and if so why more time would be needed, or alternatively propose a new briefing schedule for cross motions for summary judgment.

Respectfully submitted:

| | |
|---|---|
| /s/ | /s/ |
| Dennis M. Barry | Jeffrey A. Taylor |
| D.C. Bar No. 375152 | United States Attorney |
| Vinson & Elkins L.L.P. | D.C. Bar No. 498610 |
| Suite 600 | |
| 1455 Pennsylvania Avenue, N.W., | |
| Washington, DC 20004 | /s/ |
| 202.639.6791 | Megan L. Rose |
| 202.879.8891 (fax) | Assistant United States Attorney |
| | N.C. Bar No. 28639 |
| Attorney for Montefiore Medical Center | Civil Division |
| | 555 Fourth Street, N.W. |
| | Washington, D.C.  20530 |
| | 202.514.7220 |
| | 202.514.8780 (fax) |
| | |
| | David Hoskins |
| | D.C. Bar No. 485500 |
| | U.S. Department of Health & Human Services |
| | Office of the General Counsel |
| | Centers for Medicare & Medicaid Services |
| | 330 Independence Avenue, S.W. |
| | Washington, D.C.  20201 |
| | 202.260.3860 |
| | 202.401.1405 (fax) |
| | |
| | Attorneys for Defendant, Michael O. Leavitt, Secretary of Health & Human Services |

Date: _____

DC 675088v1