UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTEFIORE MEDICAL CENTER**      ) | |
| ) | |
| ) | |
| **Plaintiff,**      ) | |
| ) | |
| v.            ) | **Case No.1:06CV01636 (RMU)** |
| ) | |
| **MICHAEL O. LEAVITT, Secretary**     ) | |
| **of Health and Human Services,**     ) | |
| ) | |
| **Defendant.**      ) | |
| _____) | |

### ORDER

Upon consideration of the parties' Joint Motion for Stay in the proceedings for a period of four months, it is hereby ORDERED that:

1. A stay in this case be granted until September 18, 2007;

2. In the event that the case has not been dismissed prior to September 18, 2007, the parties shall submit a joint status report on September 18, 2007, in which they advise the Court whether extension of the stay is sought, and if so why more time is needed, or alternatively recommend a new briefing schedule for cross motions for summary judgment.

_____
The Honorable Ricardo M. Urbina
United States District Judge

Date: _____

DC 675160v.1