UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER,                )<br>                                                                  )<br>           Plaintiff,                                       )<br>                                                                  )<br>           v.                                                   )<br>                                                                  )<br>MICHAEL O. LEAVITT,                          )<br>Secretary, United States Department of  )<br>Health and Human Services,                  )<br>                                                                  )<br>           Defendant.                                   ) | Civ. Action No. 06-1636 (RMU)<br> ECF |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: September 10, 2007           Respectfully submitted,

                                                          /s/
                                                  MEGAN L. ROSE, NC Bar No. 28639

                                                          /s/
                                                  CHARLOTTE A. ABEL
                                                  D.C. Bar No. 388582
                                                  Assistant United States Attorney
                                                  555 Fourth St., N.W.
                                                  Washington, D.C. 20530
                                                  (202) 307-2332