UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTEFIORE MEDICAL CENTER          )
                                   )
                                   )
         Plaintiff,                )
                                   )
    v.                             )   Case No.1:06CV01636 (RMU)
                                   )
MICHAEL O. LEAVITT, Secretary      )
of Health and Human Services,      )
                                   )
         Defendant.                )
_____)

**JOINT STATUS REPORT AND MOTION TO SET BRIEFING SCHEDULE**

By order dated May 18, 2007, upon joint motion of the parties, the Court stayed this case to give the parties an opportunity to discuss settlement. The parties have exchanged settlement offers but have been unable to reach agreement.

Plaintiff Montefiore Medical Center seeks judicial review of a final agency decision of Defendant Secretary Leavitt. Judicial review is governed by the Administrative Procedure Act, and review will be on the basis of the administrative record. Accordingly, the case should be resolved on cross motions for summary judgment.

The parties respectfully submit the following proposed schedule for the submission of their respective briefs:

| | |
|---|---|
| October 19, 2007: | Plaintiff's Motion for Summary Judgment |
| November 9, 2007: | Defendant's Opposition and Cross Motion |
| November 27, 2007: | Plaintiff's Opposition and Reply |
| December 7, 2007: | Defendant's Reply |

A proposed order is attached.

Respectfully submitted,

    / s /    
Dennis M. Barry
D.C. Bar No. 375152
Vinson & Elkins L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
202.639.6791/202.879.8891 (fax)

Counsel for the Plaintiff

    / s /    
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

    / s /    
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2332

DAVID L. HOSKINS
D.C. Bar No. 485500
U.S. Department of Health and Human
  Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
  Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 260-3860/FAX: (202) 401-1405

Counsel for the Secretary

September 18, 2007
DC 706903v1