**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER )<br>)<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>of Health and Human Services, )<br>)<br>       Defendant. )<br>_____) | Case No.1:06CV01636 (RMU) |

**JOINT PROPOSED BRIEFING SCHEDULE ORDER**

This court having received the parties' joint notice and briefing schedule, the undersigned hereby ORDERS that the case be set on the following schedule for briefing on cross-motions for summary judgment.

    October 19, 2007:    Plaintiff's Motion for Summary Judgment

    November 9, 2007:    Defendant's Opposition and Cross Motion

    November 27, 2007:    Plaintiff's Opposition and Reply

    December 7, 2007:    Defendant's Reply

    SO ORDERED, this the _____ day of September, 2007.


_____
The Honorable Ricardo M. Urbina
United States District Judge

DC 706914v1