UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.1:06CV01636 (RMU) |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER ON PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the parties' cross-motions for summary judgment, the memoranda in support of the motions, the decisions below, and evidence in the record, it is hereby:

ORDERED that plaintiff's motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED that defendant Leavitt's motion be, and hereby is, DENIED; and it is

FURTHER ORDERED that the decision of the Administrator of the Centers for Medicare and Medicaid Services ("CMS") dated July 21, 2006, is hereby reversed; and it is

FURTHER ORDERED that this matter is remanded to defendant Leavitt, who shall, within 60 days of the date of this Order compute and pay to Plaintiff:

1.  The amount payable under the previously granted exception to the routine cost limitation for its fiscal years ending December 31, 1991 and December 31, 1993, so as to include reimbursement for the provider's costs between the routine cost limitation and 112 percent of the peer group mean;

      2.      The interest that it is entitled to as a matter of right under 42 U.S.C. § 1395oo(f)(2); and

      3.      The costs of this action, as computed and submitted by Plaintiff.

SO ORDERED, this the _____ day of _____, 2007.

_____
The Honorable Ricardo M. Urbina
United States District Judge