UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No.: 1:06-CV01636 (RMU) |
| | ) |
| MICHAEL O. LEAVITT, Secretary, | ) |
| U.S. DEPARTMENT OF HEALTH | ) |
| AND HUMAN SERVICES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**Plaintiff's Exhibit 1**

Appendix B (Cont.)    LIMITATIONS ON COVERAGE OF COSTS                                07-94

PROVIDER NAME:        ABC HOSPITAL SNF
PROVIDER NUMBER:      05-5999
FISCAL YEAR ENDED:    09/30/93
PEER GROUP MEAN COST:        $241.14  (FROM BELOW)

APPLY THESE RATIOS TO THE FOLLOWING CALCULATION OF
112% OF MEAN COST FOR URBAN FACILITIES ADJUSTED FOR
PROVIDER'S WAGE INDEX AND YEAR END FACTOR

|                      | LABOR    | NONLABOR |
|----------------------|----------|----------|
| 112% OF MEAN COST *  | $144.88  | $30.50   |

CALCULATION OF PROVIDER'S ADJUSTED MEAN LIMIT

| LABOR PORTION     |   | $144.88  |                                                            |
|-------------------|---|----------|------------------------------------------------------------|
| WAGE INDEX        | x | 1.4539   | (COMPLETED BY PROVIDER USING APPLICABLE FEDERAL REGISTER NOTICE) |
| ADJUSTED LABOR    |   | $210.64  | (COMPLETED BY PROVIDER USING APPLICABLE FEDERAL REGISTER NOTICE) |
| NONLABOR PORTION  | + | $30.50   |                                                            |
| ADJUSTED MEAN     |   | $241.14  | (COMPLETED BY PROVIDER)                                    |
| YEAR END FACTOR   | x | 1.00000  | (COMPLETED BY PROVIDER USING APPLICABLE FEDERAL REGISTER NOTICE) |
| PEER GROUP MEAN COST: |   | $241.14  | (COMPLETED BY PROVIDER THEN USED IN COL. (C) PEER GROUP COMPUTAT.) |

THE APPLICATION OF THE RATIOS TO THE PROVIDER'S MEAN
COST RESULTS IN THE PROVIDER'S PEER GROUP COST FOR EACH
CONSTITUENT COST CENTER OF ROUTINE COST. THE PEER GROUP
COST IS COMPARED TO THE PROVIDER'S ACTUAL COST LESS
CAPITAL-RELATED COST FOR EACH COST CENTER. THE PROVIDER
MUST FULLY EXPLAIN REASONS FOR ITS COST THAT EXCEED THE
PEER GROUP EVEN IF THAT COST IS NOT PART OF THE EXCEPTION
REQUEST.

*   FROM APPLICABLE FEDERAL REGISTER NOTICE

07-94                    LIMITATIONS ON COVERAGE OF COSTS        Appendix B (Cont.)

COMPUTATION OF PEER GROUP PER DIEM AMOUNTS USING THE CONSTITUENTS OF THE
ROUTINE COST CENTER FROM THE DATA BASE USED TO DEVELOP THE OCTOBER 1, 1992 COST LIMITS.

PROVIDER NUMBER:   05-5999

COST REPORT FYE:   09/30/93

**Skilled Nursing Facility Peer Group Comparative Data**

Average Length of Stay:   132.34 days

Average Ancillary Cost Per Diem: $62.73

Average Medicare Utilization:   52.39%

NOTE: PEER GROUP MEAN COST IS DISAGGREGATED INTO THE SAME CONSTITUENT COST CENTERS AS REPORTED ON THE PROVIDER'S COST REPORT

| HOSPITAL-BASED URBAN | (A) BASE PER DIEM AVERAGES* | (B) PER DIEM ADJUSTMENT RATIO** | (C) PEER GROUP MEAN COST TIMES RATIO (B) | (D) PROVIDER'S ACTUAL PER DIEM COSTS*** | (E) AMOUNT OF ACTUAL COST OVER PEER | (F) AMOUNT OF ACTUAL COST UNDER PEER |
|---|---|---|---|---|---|---|
| DIRECT EXPENSE | $67.96 | 0.453218 | $109.29 | $136.96 | $27.67 | |
| EMPLOYEE HEALTH & WELFARE | $7.97 | 0.053151 | $12.82 | $45.65 | $32.83 | |
| ADMIN. & GENERAL | $13.86 | 0.092431 | $22.29 | $31.96 | $9.67 | |
| MAINT/OPERATION OF PLANT | $11.76 | 0.078426 | $18.91 | $10.96 | | ($7.95) |
| LAUNDRY | $5.05 | 0.033678 | $8.12 | $11.87 | $3.75 | |
| HOUSEKEEPING | $7.05 | 0.047016 | $11.34 | $7.30 | | ($4.04) |
| DIETARY | $19.75 | 0.131711 | $31.76 | $22.83 | | ($8.93) |
| CAFETERIA | $2.31 | 0.015405 | $3.71 | $6.39 | $2.68 | |
| NURSING ADMIN. | $7.13 | 0.047549 | $11.47 | $18.26 | $6.79 | |
| CENTRAL SERV./SUPPLIES | $1.31 | 0.008736 | $2.11 | $1.83 | | ($0.28) |
| PHARMACY | $0.68 | 0.004535 | $1.09 | $0.91 | | ($0.18) |
| MEDICAL RECORDS | $2.44 | 0.016272 | $3.92 | $10.96 | $7.04 | |
| SOCIAL SERV & ACTIVITIES | $2.68 | 0.017873 | $4.31 | $13.70 | $9.39 | |
| TOTAL | $149.95 | 100.00% | $241.14 | $319.58 | $99.82 | ($21.38) |

| | |
|---|---|
| DIRECT COST OVER OR (UNDER) | $27.67 |
| INDIRECT COST OVER OR (UNDER) | $50.77 |
| TOTAL COST OVER OR (UNDER) | $78.44 |

NOTE: EXCEPTION AMOUNT FOR ANY OF THE INDIRECT EXPENSES IS LIMITED TO THE AMOUNT THAT THE PROVIDER'S TOTAL ACTUAL COST PER DIEM EXCEEDS THE TOTAL OF THE PROVIDER'S PEER GROUP MEAN COST (COLUMN C).

* SIMPLE COST (LESS CAPITAL RELATED COST) DEFLATED FOR WAGE LEVEL VARIATIONS
** RATIO OF BASE PER DIEM TO TOTAL PER DIEM
  e.g. DIRECT EXPENSE – 67.96/149.95 = .453218
*** PROVIDER'S COSTS FROM WORKSHEET B PART I, LINE 34; LESS CAPITAL-RELATED COSTS FROM WORKSHEET B, PART II AND III, LINE 34, HCFA FORM 2552-92

Rev. 378                                                                      25-12.1W