UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary ) <br> of Health and Human Services, ) <br> ) <br> Defendant. ) <br> ) | Case No.1:06CV01636 (RMU) |

**DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant, Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, hereby moves for summary judgment because there is no genuine issue as to any material fact and Defendant is entitled to judgment as a matter of law.

In support of this motion, defendant respectfully submits the attached memorandum in support of his motion, statement of material facts not in genuine dispute, response to plaintiffs' statement of facts, and a proposed order.  The Certified Administrative Record has previously been filed with the Court.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

/s/
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2332


DAVID L. HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services