UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>of Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No.1:06CV01636 (RMU) |

## DEFENDANT'S STATEMENT OF FACTS TO WHICH THERE IS NO GENUINE ISSUES

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rules 7(h) and 56.1, Defendant, Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, hereby sets forth the following Statement of Facts as to which there is no genuine issue:

1.   This case involves the reimbursement that Montefiore Medical Center, a hospital located in the Bronx, New York, received for operating a hospital-based SNF for its fiscal years ending ("FYE") December 31, 1991 and 1993.  See Complaint ¶ 6; Answer at ¶ 6.

2.   For those years, Montefiore's SNF exceeded the cost limits and sought atypical-services exceptions.  See Complaint ¶ 25; Answer at ¶ 6.

3.   The hospital submitted its requests to its Medicare fiscal intermediary, a private insurance company that processes Medicare claims.  See generally 42 U.S.C. § 1395h; See Complaint ¶ 25; Answer at ¶ 25.

4.   The intermediary determined the amount of Montefiore's exception using the

methodology of PRM § 2534.5, and therefore denied reimbursement for costs that exceeded the routine cost limit for hospital-based SNFs but amounted to less than 112% of the mean per diem costs of the relevant peer group. See Complaint ¶ 25; Answer ¶ 25.

5. Montefiore claims that the amounts of reimbursement at issue are about $500,000 for FYE 1991 and $1,200,000 for FYE 1993. Plaintiff's Memorandum of Points and Authorities ("Pl.'s brief") at 11. Montefiore's Complaint put the amount in controversy at approximately $2.4 million. See Complaint ¶ 25; Answer ¶ 25.

6. Montefiore appealed the intermediary's decision to the Provider Reimbursement Review Board, authorized by 42 U.S.C. § 1395oo(a), 42 C.F.R. § 405.1835. See Complaint ¶ 26; Answer ¶ 26; Administrative Record ("A.R.") at 1920, 1929.

7. The PRRB determined that the intermediary should have allowed the hospital's costs between the routine cost limit for hospital-based SNFs but below the 112% of the mean per diem of Montefiore's peer group. A.R. at 33-34.

8. The Administrator of the Centers for Medicare & Medicaid Services, acting on authority delegated by the Secretary, see 42 U.S.C. § 1395oo(f)(1), reversed the PRRB's decision, finding that the denied costs were not reasonable, and therefore, not reimbursable. A.R. at 2-14.

9. The Administrator's decision is the final decision of the Secretary in this matter. Montefiore subsequently filed this action seeking judicial review of the Secretary's final decision.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


  /s/
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2332



DAVID L. HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services