UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.1:06CV01636 (RMU) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment and entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Plaintiff's Motion be denied.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE