UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER, )<br>)<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>of Health and Human Services, )<br>)<br>       Defendant. )<br>_____) | Case No.1:06CV01636 (RMU) |

**ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment and entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Plaintiff's Motion be denied.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE