UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**MONTEFIORE MEDICAL CENTER**  )
                               )
       **Plaintiff,**        )
                               )
  v.                           )   **Case No. 1:06-CV-01636 (RMU)**
                               )
**MICHAEL O. LEAVITT, Secretary,** )
**U.S. DEPARTMENT OF HEALTH AND** )
  **HUMAN SERVICES**              )
                               )
       **Defendant.**        )
_____ )

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
STATEMENT OF MATERIAL FACTS**

Pursuant to Local Civil Rule 7(h), Plaintiff submits the following response to Defendant's Statement of Material Facts As to Which There Is No Genuine Issues ("Def. Stmt."):

2.  Plaintiff acknowledges that for the years in question, its skilled nursing facility ("SNF") furnished atypical services, the costs of which exceeded the routine cost limit ("RCL"), and that Plaintiff sought atypical services exceptions for those years. However, Defendant's citation to paragraph 6 of its Answer does not support this proposition.

5.  Plaintiff further acknowledges that in its Complaint, the Plaintiff Hospital estimated the amount in controversy at approximately $2.4 million for the two years in question, and that Defendant agreed to this estimate. *See* Complaint ¶ 25, Answer ¶ 25. Plaintiff has since revised this estimate. *See* Plaintiff's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment ("Plaintiff's Brief") at 11. However, as noted in the Complaint, Plaintiff does not seek a money judgment in this case, but instead prays for a reversal of the

Secretary's decision and a remand to the Secretary to compute amounts owing to the Plaintiff pursuant to this Court's Order. *See* Complaint ¶25.

7. This paragraph contains Defendant's characterization of the Provider Reimbursement Review Board's ("PRRB") decision, not allegations of fact, and thus no response is required. However, Defendant's citation to the Administrative Record ("A.R.") is incorrect. Plaintiff respectfully refers the Court to pages 41-45 of the A.R., which contain the Board's findings and conclusions with respect to the SNF RCL issue.

8. This paragraph contains Defendant's characterization of the Administrator's decision, not allegations of fact, and thus no response is required. Plaintiff respectfully refers the Court to pages 2-14 of the A.R. for a full and accurate account of the Administrator's decision.

                                                                 /s/
                                                Dennis M. Barry
                                                  DC Bar No. 375152
                                               J. Harold Richards
                                                  DC Bar No. 469524
                                               VINSON & ELKINS L.L.P.
                                               1455 Pennsylvania Avenue, N.W.
                                               Washington, D.C.  20004-1008
                                               202.639.6791
                                               dbarry@velaw.com
                                               jrichards@velaw.com

DC 725191v.1