UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER,         )<br>                                                                  )<br>            Plaintiff,                             )<br>                                                                  )<br>      v.                                                     )     Case No.1:06CV01636 (RMU)<br>                                                                  )<br>MICHAEL O. LEAVITT, Secretary      )<br>of Health and Human Services,            )<br>                                                                  )<br>            Defendant.                         )<br>_____)| |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Charlotte A. Abel.

Dated:  December 3, 2007                    Respectfully submitted,

                                                                        _____/s/_____
                                                                        CHRISTOPHER B. HARWOOD
                                                                        N.Y. Bar No. 4202982
                                                                        Assistant United States Attorney
                                                                        United States Attorney's Office
                                                                        Civil Division
                                                                        555 4th Street, N.W.
                                                                        Washington, D.C. 20530
                                                                        (202) 307-0372