UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>of Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:06CV01636 (RMU) |

**DEFENDANT'S CONSENT MOTION FOR
ENLARGEMENT OF TIME TO FILE REPLY**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b), for an enlargement of time of 7 days, up to and including December 14, 2007, within which to file his Reply Brief in support of his Cross-Motion for Summary Judgment. In support of this Motion, Defendant states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary denying Plaintiff's request for certain Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701, et seq.

3. The Secretary previously moved for an extension of time in which to respond to the Complaint, which the Court granted on November 28, 2006. On May 18, 2007, the parties

jointly moved to stay the case pending settlement negotiations. On September 21, 2007, the Court set a briefing schedule for Cross-Motions for Summary Judgment. According to that schedule, Defendant's Reply is due on or before December 7, 2007.

    4. Defendant respectfully requests an extension of one week in which to file his Reply. This motion is made for good cause and not for purposes of delay. There are two attorneys at the Department of Health and Human Services who have been intimately involved in this case, and one has been summoned for jury duty during the week ending December 7, 2007, and the other has a December 6, 2007 motion deadline in connection with a preliminary injunction hearing in another case.

    5. Granting this motion would not affect any deadlines other than the filing of the Joint Appendix.

    7. Pursuant to Local Civil Rule 7(m), on December 3, 2007, counsel for Defendant conferred with counsel for Plaintiff via telephone. Plaintiff's counsel stated that Plaintiff consents to the requested relief.

    A proposed Order is attached hereto.

Dated: December 3, 2007        Respectfully submitted,

                              /s/
                           JEFFREY A. TAYLOR, D.C. Bar # 498610
                           United States Attorney
                           D.C. Bar No. 498610

      /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372

      /s/
DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201
(202) 260-3860


Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services