## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MICHAEL O. LEAVITT, Secretary  )<br>of Health and Human Services,  )<br>  )<br>       Defendant.  )<br>_____) | Case No.1:06CV01636 (RMU) |

## **PROPOSED ORDER**

Upon consideration of Defendant's Consent Motion for Enlargement of Time to File Reply, and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that Defendant's Motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall file his Reply on or before December 14, 2007.

SO ORDERED.

_____
United States District Judge