UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>of Health and Human Services, )<br>)<br>Defendant. )<br>_____ ) | Case No.1:06CV01636 (RMU) |

**NOTICE OF FILING**

Defendant substitutes the attached Amended Response to Plaintiff's Statement of Material Facts as to Which There Is No Genuine Issue for the statement filed with its Motion for Summary Judgment on November 9, 2007 [Dk. # 19].

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　CHRISTOPHER B. HARWOOD
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　(202) 307-0372

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　DAVID L. HOSKINS
　　　　　　　　　　　　　　　U.S. Department of Health and Human Services
　　　　　　　　　　　　　　　Office of the General Counsel
　　　　　　　　　　　　　　　Centers for Medicare and Medicaid Services
　　　　　　　　　　　　　　　330 Independence Ave., S.W., Room 5309
　　　　　　　　　　　　　　　Washington, D.C. 20201

　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　Michael O. Leavitt,
　　　　　　　　　　　　　　　Secretary of Health and Human Services