UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER, )<br>)<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>of Health and Human Services, )<br>)<br>      Defendant. )<br>_____) | Case No.1:06CV01636 (RMU) |

**DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

    1. Admits.

    2. Admits.

    3. This paragraph contains Plaintiff's characterizations of 42 U.S.C. § 1395i-2(a) and 42 C.F.R. § 407.10, not allegations of fact, and thus no response is required. The Court is respectfully referred to the cited statutory and regulatory provisions for a full and accurate statement of their contents.

    4-9. Admits.

    10-11. These paragraphs contain Plaintiff's conclusions of law and characterizations of 42 U.S.C. § 1395x(v)(1)(A), not allegations of fact, and thus no response is required. The Court is respectfully referred to the cited statutory provision for a full and accurate statement of its contents.

    12. Admits.

    13. This paragraph contains Plaintiff's conclusions of law and characterizations of the

Deficit Reduction Act of 1984 ("DEFRA"), Pub. L. No. 98-369, § 2319(b) (now codified at 42 U.S.C. § 1395yy), not allegations of fact, and thus no response is required. The Court is respectfully referred to the cited statutory provision for a full and accurate statement of its contents.

14. This paragraph contains Plaintiff's conclusions of law and characterizations of 42 U.S.C. 1395yy(a)(1)-(4), not allegations of fact, and thus no response is required. The Court is respectfully referred to the cited statutory provision for a full and accurate statement of its contents.

15. This paragraph contains Plaintiff's characterization of 42 C.F.R. § 413.30(f), not allegations of fact, and thus no response is required. The Court is respectfully referred to the cited regulatory provision for a full and accurate statement of its contents.

16. This paragraph contains Plaintiff's characterizations of documents that appeared in the Federal Register at 39 Fed. Reg. 20163, 20164-65 (June 6, 1974), 44 Fed. Reg. 31802, 31804 (June 1, 1979), 51 Fed. Reg. 34790 (Sept. 30, 1986) and 42 C.F.R. § 405.460(f)(2), 42 C.F.R. § 405.460(f), and 42 C.F.R. § 413.30(f), not allegations of fact, and thus no response is required. The Court is respectfully referred to the cited Federal Register documents and regulatory provisions for a full and accurate statement of their contents.

17. Admits.

18. Admits the first sentence. The second sentence contains conclusions of law and Plaintiff's characterization of Provider Reimbursement Manual ("PRM") § 2534.5, not allegations of fact, and thus no response is required. The Court is respectfully referred to the cited PRM section for a full and accurate statement of its contents.

19. This paragraph contain conclusions of law and Plaintiff's characterization of Provider Reimbursement Manual ("PRM") § 2534.5, not allegations of fact, and thus no response is required. The Court is respectfully referred to the cited PRM section for a full and accurate statement of its contents.

20. This paragraph contains Plaintiff's characterization of the Administrator's decision in this case, not an allegation of fact, and thus no response is required. The Court is respectfully referred to the cited decision of the Administrator for a full and accurate statement of its contents. A.R. at 2-14.

21. Admits. A.R. at 1966-71.

22. Admits. A.R. at 1929-31.

23. Admits. A.R. at 1704-05

24. Admits the first sentence. The second sentence contains a conclusion of law, not allegations of fact, and thus no response is required. By way of further answer to that sentence, the Court is respectfully referred to the section of the PRM § 2534.5 for a full and accurate statement of its contents.

25. Admits. A.R. at 1924.

26. Admits. A.R. at 1920.

27. Admits. A.R. at 829-872.

28. Admits the first sentence. The second sentence contains a conclusion of law, not allegations of fact, and thus no response is required. By way of further answer to that sentence, the Court is respectfully referred to the section of the PRM § 2534.5 for a full and accurate statement of its contents.

29. Admits. A.R. at 46-47.

30. Admits. See A.R. at 31-45.

31-35. These paragraphs contains Plaintiff's characterizations of the Provider Reimbursement Review Board's ("PRRB") decision, not allegations of fact, and thus no response is required. The Court is respectfully referred to the PRRB's decision for a full and accurate statement of its contents. The PRRB's decision appears in the Administrative Record (A.R.) at 31-45.

36. This paragraph contains Plaintiff's characterizations of the Administrator's decision, not allegations of fact, and thus no response is required. The Court is respectfully referred to the PRRB's document for a full and accurate statement of its contents. The Administrator's decision appears at A.R. 2-14.

Respectfully submitted,

　/s/　
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

　/s/　
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0372

          /s/
_____
DAVID L. HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services