UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTEFIORE MEDICAL CENTER,                )<br>                                                                  )<br>                         Plaintiff,                   )<br>                                                                  )<br>             v.                                              )      Civil No. 06-01636 (RMU)<br>                                                                  )<br>MICHAEL O. LEAVITT, Secretary,       )<br>U.S. Department of Health and Human Services, )<br>                                                                  )<br>                         Defendant.                )<br>_____) | |

## NOTICE OF FILING OF JOINT APPENDIX

PLEASE TAKE NOTE THAT on December 26, 2007, Plaintiff filed a Joint Appendix Pursuant to Local Rule 7(n). The appendix is in paper form only and is being maintained in the case file in the Clerk's Office. The appendix will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Respectfully submitted,

/s/ Dennis M. Barry
Dennis M. Barry
   D.C. Bar No. 00375152
**VINSON & ELKINS L.L.P.**
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

Counsel for Plaintiff

December 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2007, I electronically filed the foregoing Notice of Filing of Joint Appendix using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record for the Defendant:

CHRISTOPHER BLAKE HARWOOD *(via hand delivery)*
U.S. Attorney's Office
555 Fourth Street, NW
Suite 4220
Washington, D.C. 20530-0001

I also certify that a copy of the Joint Appendix was today served upon the above counsel by the method specified to the address shown above.

/s/ Dennis M. Barry
Dennis M. Barry